EXHIBIT    SHEET

U. S. A.

vs.

Michael Todd

CASE NO. 5:10-cr-58

Macon Division

Gov't Exhibits

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| 1 | Admission signed 1-19-11 | 1-24-11 | 1-24-11 |
| 2 | Urine Screen | 1-24-11 | 1-24-11 |

PROB/PTS 4
(03/05)

## MIDDLE DISTRICT OF GEORGIA

### ADMISSION/DENIAL REPORT

### REPORT OF POSITIVE URINALYSIS

Name: _Michael Edward Todd_   Docket No.: _1:10-01921M_

Date Sample Taken: _01-14-11_   PACTS No.: _#46998 (M/D of GA.#)_

Results of Urinalysis: Positive For: _marijuana  #19261 (M/D of GA. pacts #)_

    You are provided with written notice of a positive test result for a urine specimen submitted by you on the date indicated above. Use of prohibited substances (which includes drugs prescribed for someone other than you by a licensed physician) constitutes a violation of your release conditions. Positive test results, whether admitted or denied, are reported to the court and may result in a court hearing to determine if you are in violation of the conditions of your release. During this hearing you have the right to representation by counsel, and an attorney will be appointed for you if you cannot afford one.

**I HAVE READ AND UNDERSTAND THIS NOTICE, AND I AM AWARE OF MY RIGHTS TO A HEARING.**

Initial One:

■   I admit to illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

☐   I deny illegal use of a prohibited controlled substance as indicated by the above-reported urine test result.

X _[signature]_                                     _[signature]_
Signature of Client                                 Witnessed By

_01-19-11_                                          _01-19-11_
Date                                                Date

Comments:


GOVERNMENT EXHIBIT

# Scientific Testing Laboratories, Inc.
PROFESSIONAL DRUG AND ALCOHOL ABUSE TESTING FACILITIES
450 Southlake Boulevard • Richmond, VA 23236 • 804/378-9130
www.scitest.us • 800/977-9130 • Fax: 804/379-5919

**Chain of Custody for Drug Analysis**
**FEDERAL PRETRIAL SERVICES**

Specimen No.: **C00646089**
Account No.: **113G0001S**

**Results Name & Address**
US Courts GA-MDL Pretrial-Macon
433 Walnut St
Macon GA 31201
Michael Cole, Sr.
478-752-8106

**Tests Ordered (check all that apply)**
☑ Primary Test Panel  ☐ Secondary Test Panel  ☐ Special Test Panel
☐ Confirmation Only (specify)
☐ Individual Special Tests (specify)

## SPECIMEN ID INFORMATION
Collector's Name: Last **Garrett**  First **Todd**
Case Officer Initials: **TG**  Date Collected: **1/21/2011**
☑ 01 Officer  ☐ 02 Treatment Program  ☐ 03 Other

Offender/Defendant Name: Last **Todd**  First **Michael**
PACTS No.: **19261**
Onsite Barcode/Test ID: **601593 2453**
☐ Probation  ☑ Pretrial Services

**Reason for Specimen**
☐ 01 Presentence Report   ☐ 02 Substance Abuse Treatment   ☐ 03 Mental Health Treatment
☑ 04 Urine Surveillance   ☐ 05 Pretrial Report   ☐ 06 Other (specify)

## MEDICAL QUESTIONNAIRE
| Medicine(s) Name | Reason for Use | Date Used |
|---|---|---|
| Xanax | Anxiety | 1/21/2011 |
| Coumadin | Blood Thinner | 1/19/2011 |

**Offender/Defendant Certification**
I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number on the form, the barcode, and the specimen security seal are identical.
Offender/Defendant Signature   Date: 01-21-11

**Specimen Collector Certification**
I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical.
Collector's Signature   Date: 1/21/11

**Specimen Transfer Certification**
I certify I prepared for transfer to the testing laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical.
Transferer's Signature   Date: 1/21/11

Apply Barcode Vertically on Bottle
Use second seal and barcode for specimens screened on site →
Collector's Initials   Date Collected

C00646089   S   C00646089   C00646089
PLACE OVER CAP OF SPECIMEN
SPECIMEN NO.
Security Seal
Federal Probation/Pretrial

SPECIMEN NO. **C00646089** S
Security Seal
Federal Probation/Pretrial

## COLLECTOR INSTRUCTIONS
- **COMPLETE** - Specimen ID information before collection
- **COLLECT** - Specimen in accordance with Administrative Procedures
- **AFFIX** - Security Seal and barcode to specimen bottle as illustrated above
- **ASK** - Offender/Defendant to verify the bottle was sealed in his/her presence
- **INITIAL** - Initial security seal and enter date collected
- **ASK** - Offender/Defendant to read, sign, and date Offender/Defendant Certification
- **SIGN** - Specimen Collector Certification after sealing specimen bottle and applying security seal


GOVERNMENT EXHIBIT 2

TEAR OFF TOP COPY AND RETAIN FOR YOUR OFFICE RECORDS   PLY 1