EXHIBIT     SHEET

USA

VS.

Michael Todd

CASE NO. 5:10-cr-58

MAC Division

Gov't Exhibits

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|--------|-------------|------------|----------|
| 1 | Drug Test | 4-25-11 | 4-25-11 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**ALERE TOXICOLOGY SERVICES, INC.**
450 Southlake Blvd.,  Richmond, VA  23236
Telephone: 804.378.9130  Facsimile: 804.379.5919
*Professional Drug and Alcohol Abuse Testing Facilities*


GOVERNMENT
EXHIBIT

Account #: 113G0001S

US COURTS GA-MDL PRETRIAL-MACON
ATTN: JEANNIE GRIZZARD
433 WALNUT ST
MACON, GA  31201

### RESULTS OF CONTROLLED SUBSTANCE TEST - NON-WORKPLACE URINE

Donor Name: TODD                                        Specimen Drug Status: POSITIVE
PACTS #: 19261

Specimen ID: C01119125     Onsite Test ID: 6015932453     Date Collected: 04/01/2011
Reason for Test: SUBSTANCE ABUSE TREATMENT                Date Received: 04/04/2011
Collector Name: GARRETT, TODD                             Date Reported: 04/11/2011
Officer Initials: TDG

| Class or Analyte | Result | Screen Cut-Off | Confirmation Cut-Off |
|---|---|---|---|
| AMPHETAMINES | | 1000 ng/mL | |
| AMPHETAMINE | * POSITIVE | | 250 ng/mL |
| METHAMPHETAMINE | * POSITIVE | | 250 ng/mL |
| MDA | NEGATIVE | | 250 ng/mL |
| MDEA | NEGATIVE | | 250 ng/mL |
| MDMA | NEGATIVE | | 250 ng/mL |
| D-METHAMPHETAMINE | > 80% | | |
| L-METHAMPHETAMINE | < 20% | | |
| CANNABINOIDS | NEGATIVE | 50 ng/mL | |
| COCAINE | NEGATIVE | 300 ng/mL | |
| OPIATES | NEGATIVE | 300 ng/mL | |
| PHENCYCLIDINE | NEGATIVE | 25 ng/mL | |

| Validity Test | Result | Normal Range |
|---|---|---|
| CREATININE | NORMAL | > 15 mg/dL |
| SPECIFIC GRAVITY | NORMAL | 1.004 - 1.044 |
| pH | NORMAL | 4.00 - 9.99 |

CONFIRMED POSITIVE BY GC/MS FOR AMPHETAMINE, METHAMPHETAMINE.

NEGATIVE BY GC/MS FOR MDA, MDEA, MDMA.

* Indicates Positive Result

Attestation: I hereby certify that I performed, or had the above laboratory analysis performed directly under my supervision as described on this report, as an employee of and within the laboratory and facilities of Alere Toxicology Services, Incorporated, and that the above report is a true and accurate record of the results of the analysis.

CERTIFYING SCIENTIST: JANICE S. THOMAS, BS                                Page 1 of 1

## KROLL

450 Southlake Boulevard • Richmond, VA 23236
804-378-9130

### Chain of Custody for Drug Analysis
### Federal Pretrial Services

**Specimen Number:** C01119125

**Account Number:** 113G0001S

### Results Name & Address

US COURTS GA-MDL PRETRIAL-MACON
ATTN: CINDY MORRIS
433 WALNUT ST
MACON, GA  31201

478-207-2167

**Tests Ordered (Check all that apply)**

- [x] Primary Test Panel
- [ ] Secondary Test Panel
- [ ] Special Test Panel
- [ ] Confirmation Only (specify) _____
- [ ] Individual Special Tests (specify) _____

---

## SPECIMEN ID INFORMATION

Case Officer Initials  T D S        Date Collected  04 / 01 / 11

Collector's Name   GARRETT, TODD

- [x] 01 Officer
- [ ] 02 Treatment Program
- [ ] 03 Other

Offender/Defendant Last Name   TODD

First Name   MICHAEL

PACTS No.   1926          Onsite/Test ID   601593124453

**Reason For Specimen**
- [ ] 01 Presentence Report
- [x] 02 Substance Abuse Treatment
- [ ] 03 Mental Health Treatment
- [x] 04 Urine Surveillance
- [ ] 05 Pretrial Report
- [ ] 06 Other (specify) _____

### MEDICAL QUESTIONNAIRE

| Medicine(s) Name | Reason for Use | Date Used |
|---|---|---|
| Oxycodone 5mg-325mg | APPENDIX | 4/1/11 |

---

| Offender/Defendant Certification | Specimen Collector Certification | Specimen Transfer Certification |
|---|---|---|
| I certify the specimen I have provided on this date is my own and has not been adulterated. The specimen bottle was sealed in my presence. I have verified that the specimen number of the form, the barcode, and the specimen security seal are identical. | I certify I collected the specimen identified by the specimen number on this form in accordance with the required collection procedures. I certify I applied the numbered security seal and barcode to the specimen bottle in the offender/defendant's presence. I have verified that the specimen number on the form, the barcode, and the specimen seal are identical. | I certify I prepared for transfer to Testing Laboratory the specimen identified by the specimen number on this form and have verified the identity of the specimen with its collection chain of custody documentation. I certify I applied the numbered security seal and barcode to the specimen bottle. I have verified the specimen number on the form, the barcode, and specimen security seal are identical. |
| _Michael Todd_  4-1-11 | _signature_  4/1/11 | _signature_  4/1/11 |
| Offender/Defendant Signature     Date | Collector's Signature     Date | Transferer's Signature     Date |

---

Apply Barcode vertically on bottle

Use second seal & barcode for specimens screened on site.

‖‖‖‖‖‖‖‖‖‖‖
C01119125  S

**C01119125   C01119125**

Testing Laboratory

Collector's Initials    Date Collected

PLACE OVER CAP OF SPECIMEN

C01119125
SPECIMEN NO.

‖‖‖‖‖‖‖‖‖‖‖  S
Security   Seal
Federal Probation/Pretrial

---

### COLLECTOR INSTRUCTIONS

- **COMPLETE** - Specimen ID Information before collection
- **COLLECT** - Specimen in accordance with Administrative Procedures
- **AFFIX** - Security Seal and barcode to specimen bottle as illustrated above
- **ASK** - Offender/Defendant to verify bottle was sealed in his/her presence
- **INITIAL** - Initial security seal and enter date collected
- **ASK** - Offender/Defendant to read, sign, and date Offender/Defendant Certification
- **SIGN** - Specimen Collector Certification after sealing specimen bottle and applying security seal

Form # 2604B          **PLY 1    TEAR OFF TOP COPY AND RETAIN FOR YOUR RECORDS**

9315286914

